UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

John Marcovich

No. C V 08-01736 WDB

          Plaintiff(s),

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

    v.

Vitamin Shoppe Industries; Nutrition Now,
Inc.; and DOES 1 to 100,

          Defendant(s).

_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 16, 2008 _____

_____
Signature

Counsel for  Defendant _____
(Plaintiff, Defendant or indicate "pro se")