UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN MARCOVICH

                Plaintiff(s),

           v.

VITAMIN SHOPPE INDUSTRIES,
INC., NUTRITION NOW, INC.,
and DOES 1 through 100,
                Defendant(s).
_____/

Case No. CV 08-1736 WDB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 19, 2008

                                                     [Party]
                                                   Def. Vitamin Shoppe
                                                   Industries, Inc.

Dated: June 19, 2008

                                                   [Counsel]
                                                 Jonathan Rizzardi

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."