**LEWIS BRISBOIS BISGAARD & SMITH** LLP
GEORGE J. ZISER, SBN 51879
JONATHAN RIZZARDI, SBN 244784
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants
VITAMIN SHOPPE INDUSTRIES INC.
and NUTRITION NOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN MARCOVICH,<br><br>    Plaintiff,<br><br>v.<br><br>VITAMIN SHOPPE INDUSTRIES INC.; NUTRITION NOW, INC.; and DOES 1 TO 100,<br><br>    Defendants. | CASE NO. CV 08-1736 WDB<br><br>**NOTICE OF DEFENDANTS' CONSENT TO PARTICIPATE IN ALTERNTIVE DISPUTE RESOLUTION AND FILING OF STIPULATION TO PROCEED WITH ALTERNATIVE DISPUTE RESOLUTION**<br><br>Action Filed:    January 31, 2008<br>Trial Date:    None Set |

TO ALL PARTIES, TO THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that on June 19, 2008, Defendants VITAMIN SHOPPE INDUSTRIES INC. and NUTRITION NOW, INC, filed with this Court a stipulation to proceed with court ordered mediation, attached hereto as **Exhibit A**. Although counsel for defendants has attempted to meet and confer with plaintiff's counsel regarding participation in alternative dispute resolution, counsel has not received a response. As a result, defense counsel filed the stipulation form on our clients' behalf in order that the Court is aware that defendants are willing to proceed with court-appointed mediation in this matter.

DATED: June 19, 2008                LEWIS BRISBOIS BISGAARD & SMITH LLP


                                    By  /s/ Rizzardi
                                        George J. Ziser
                                        Jonathan Rizzardi
                                        Attorneys for Defendants
                                        VITAMIN SHOPPE INDUSTRIES INC. and
                                        NUTRITION NOW, INC.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

# EXHIBIT A

**ADR Documents**
4:08-cv-01736-WDB Marcovich v. Vitamin Shoppe Industries Inc. et al
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Ziser, George entered on 6/19/2008 3:34 PM and filed on 6/19/2008
**Case Name:**　　Marcovich v. Vitamin Shoppe Industries Inc. et al
**Case Number:**　　4:08-cv-1736
**Filer:**　　Vitamin Shoppe Industries Inc.
**Document Number:** 10

**Docket Text:**
**STIPULATION and Proposed Order selecting Early Neutral Evaluation by Vitamin Shoppe Industries Inc. (Ziser, George) (Filed on 6/19/2008)**


**4:08-cv-1736 Notice has been electronically mailed to:**

Robert Alan Machado　　　ram730@aol.com

Jonathan Robert Rizzardi　　　rizzardi@lbbslaw.com

George John Ziser　　　ziser@lbbslaw.com

**4:08-cv-1736 Notice has been delivered by other means to:**

Michael Thomas Morrissey
Law Offices of Michael T. Morrissey
1110 North First Street
San Jose, CA 95112

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\seliga\Desktop\4714_001.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=6/19/2008] [FileNumber=4476508-0]
[02bf701a536c99a90640c795273a68c60967b614d5543558dcecaf6d3e80ab1880abf
c7c5b14ea7c406b1f1b6248969661c39e2c91ae2a9b0f1f3332709f993a]]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN MARCOVICH

                Plaintiff(s),

v.

VITAMIN SHOPPE INDUSTRIES, INC.,
NUTRITION NOW, INC., and DOES 1
through 100, inclusive
                Defendant(s).

CASE NO. CV 08-1736 WDB

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [X] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R . 3-5)*

**Private Process:**
- [ ] Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- [X] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [ ] other requested deadline _____

Dated: _____

                _____
                Attorney for Plaintiff

Dated: June 19, 2008

                */s/ [signature]*
                Attorney for Defendant
VITAMIN SHOPPE INDUSTRIES, INC. and
NUTRITION NOW, INC.

NDC-ADR6

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: _____

                                                  UNITED STATES JUDGE