MICHAEL T. MORRISSEY, CSBN: 062195
LAW OFFICES OF MICHAEL T. MORRISSEY
P.O. Box 2549
Cupertino, CA 95015-2549
(408) 280-7011
(408) 741-1671 - Facsimile

ROBERT A. MACHADO, CSBN: 088836
MACHADO & MACHADO
1110 North First Street
San Jose, CA 95112
(408) 280-7011
(408) 280-7313 - Facsimile

Attorneys for Plaintiff JOHN MARCOVICH

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN MARCOVICH,<br><br>    Plaintiff,<br><br>    vs.<br><br>VITAMIN SHOPPE INDUSTRIES INC.; NUTRITION NOW, INC.; and DOES 1TO 100,<br><br>    Defendants. | **Case No.:  CV 08-1736 WDB**<br><br>**PLAINTIFF'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
DATED: June 26, 2008

                                            *Michael T. Morrissey*
                                    MICHAEL T. MORRISSEY
                                    Attorney for Plaintiff JOHN MARCOVICH

MARCOVICH v. VITAMIN SHOPPE – CV 08-1736 WDB

**CASE:** Marcovich v. Vitamin Shoppe Industries, Inc.
**CASE NO.:** U.S. Northern District – CV 08-1736 WDB

### PROOF OF SERVICE BY MAIL

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1110 North First Street, San Jose, California, 95112. I am readily familiar with the firm's practice for collection and processing of correspondence and documents for mailing with The United States Postal Service. On <u>June 28, 2008</u> I deposited a true and correct copy of the following document(s):

**PLAINTIFF'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

in a sealed envelope, postage fully paid, at a branch of the U. S. post Office addressed as follows:

George J. Ziser, Esq.
Jonathan Rizzardi, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
[Facsimile No. (415) 434-0882]          [Attorneys for Defendants]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of June 2008 at Cupertino, California.

                                             *Tracey McCarroll*
                                             Tracey McCarroll