UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


JOHN MARCOVICH                                   Case No. CV-08-1736 WDB

         Plaintiff(s),                        **ADR CERTIFICATION BY PARTIES
                                                 AND COUNSEL**

   v.

VITAMIN SHOPPE INDUSTRIES, INC.,
NUTRITION NOW, INC., and DOES 1
through 100,

         Defendant(s).
_____/


     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

     (1)  Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourt.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     (2)  Discussed the available dispute resolution options provided by the Court and private entities; and

     (3)  Considered whether this case might benefit from any of the available dispute resolution options.


Dated: June 27, 2008                             *John Markovich    /s/*_____
                                                 [Party]  John Markovich


Dated: June 27, 2008                             *Michael T. Morrissey   /s/*_____
                                                 [Counsel]  Michael T. Morrissey
                                                 Attorney for Plaintiff