UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOVICH, | No. C 08-1736 WDB |
| Plaintiff, | NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE |
| v. | |
| VITAMIN SHOPPE INDUSTRIES, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

To accommodate the Court's schedule, the upcoming case management conference set for July 10, 2008 is continued to **Thursday, August 28, 2008, at 1:30 p.m.** Lead trial counsel for each party must participate in the case management conference. By no later than Thursday, August 21, 2008, the parties must electronically file a Joint Case Management Conference Statement.

Dated: June 30, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:   Sarah Weinstein
      Law Clerk

Copies to:
    All parties,
    WDB, Stats