UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: August 28, 2008                Start Time: 1:40 p.m.   End Time: 1:55 p.m.

DOCKET NO.        C 08-1736 WDB
TITLE OF CASE     *Marcovich v. Vitamin Shoppe Industries*, et al.

ATTORNEY(S)       For Plaintiff:   Michael Morrissey, Esq.

                  For Defendant:   Jonathan Rizzardi, Esq.


TAPE NO.:   FTR 8/28/08, 1:30 p.m.   (X) In Person   ( ) Telephonic

PROCEEDINGS

[X] INITIAL STATUS CONFERENCE            [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE           [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)            [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE             [] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION (ORDER ONLY)    [] EXAM. OF JUDGMENT DEBTOR
[] NONDISPOSITIVE MOTION (OPINION)       [] EVIDENTIARY HEARING
[] OTHER:


ORDER TO BE PREPARED BY:  () Plaintiff   () Defendant   (x) Court


**NOTES**

Court conducted Initial Case Management Conference.  See later-filed separate order.

1